Seth W. Wiener, California State Bar Number 203747
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth@sethwienerlaw.com

Withdrawing Attorney for Plaintiff
Vitalii Blazheiev

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALII BLAZHEIEV,<br><br>      Plaintiff,<br><br>vs.<br><br>UBISOFT TORONTO INC.; UBISOFT, INC.; UBISOFT DIVERTISSEMENTS INC.; and DOES 1 through 10,<br><br>      Defendants. | Case No.: 3:17-cv-7160-EMC<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

  This stipulation is entered into by and among Plaintiff Vitalli Blazheiev ("Plaintiff") and Defendants Ubisoft, Inc., Ubisoft Toronto Inc., and Ubisoft Divertissements Inc. (collectively "Ubisoft") by and through their respective counsel.

  WHEREAS, Plaintiff filed its first Complaint in the above-entitled action in the United States District Court for the Northern District of California on December 17, 2017 (Dkt. 1);

  WHEREAS, on December 18, 2017, the Court entered an Order (Dkt. 7) setting the Case Management Conference for March 22, 2018;

  WHEREAS, after receiving extensions of time to respond, Ubisoft filed its currently pending Notice of Motion and Motion to Dismiss Complaint of Vitalli Blazheiev and Memorandum of Points and Authorities in Support Thereof (Dkt. 24), with its hearing date set contemporaneously with the Case Management Conference on March 22, 2018;

  WHEREAS, Plaintiff's counsel filed its pending Motion to Withdraw as Attorney, with its hearing set for March 29, 2018;

WHEREAS, the Parties agree that a continuance of the Case Management Conference until after the resolution of the Motion to Dismiss (Dkt. 24) and Motion to Withdraw (Dkt. 26) will permit more efficient case management, will serve the interests of judicial economy, and will conserve Party and Court resources;

NOW, THEREOFRE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and agree, through their respective counsel, as follows:

1. The March 22, 2018 Case Management shall be taken off the calendar, and rescheduled on a date following the resolution of the motions (Dkt. 24 and 26) on a date that is convenient for the Court.
2. The deadline to file the Joint Case Management Statement shall be continued to and including fourteen days prior to the new date for the Case Management Conference.
3. The deadline under Civil Local Rule 16-8 and ADR Local Rule 3-5 for the filing of the ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be continued to and including twenty-one days prior to the new date for the Case Management Conference.
4. This stipulation for continuance will not alter the date for any oppositions or replies to the motions mentioned above.

**IT IS SO STIPULATED.**

Dated: February 25, 2018    LAW OFFICES OF SETH W. WIENER

By: _____
Seth W. Wiener
Withdrawing Attorney for Plaintiff
Vitalii Blazheiev

Dated: February 22, 2018  **ERISE IP**

By: */s/ Michelle L. Marriott*
_____
Michelle L. Marriott
Michelle L. Marriott
Eric A. Buresh
Mark C. Lang
**ERISE IP, P.A.**

Stephen S. Smith
Caroline S. Heindel
Law Offices of Stephen S. Smith, P.C.
*Attorneys for Defendant Ubisoft, Inc. and Specially-Appearing Defendants Ubisoft Toronto, Inc. and Ubisoft Divertissements Inc.*

- Filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.  CMC reset for 5/3/18 at 9:30 a.m.  Joint CMC statement due 4/26/18.

Dated: 3/1/18

By:_____
United States District Court Judge Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION    3