UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Vitalii Blazheiev

    Plaintiff(s)

v.

Ubisoft Toronto, Inc. et al

    Defendant(s)

CASE No C 3:17-cv-7160

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: June 26, 2018      Vitalii Blazheiev (c)
                                   Attorney for Plaintiff

Date: June 21, 2018      /s/ Stephen S. Smith
                                   Attorney for Defendant

☐ IT IS SO ORDERED
☒ IT IS SO ORDERED WITH MODIFICATIONS: This case is referred to a magistrate judge for settlement conference. Settlement Conference is to be completed within 90 days.

Date: 6/29/2018

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 5-1-2018*