# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALII BLAZHEIEV,<br>Plaintiff,<br>v.<br>UBISOFT TORONTO INC., et al.,<br>Defendants. | Case No. 17-cv-07160-EMC<br><br>**ORDER TO SHOW CAUSE**<br>Docket No. 86 |

On August 30, 2018, Defendants moved to dismiss Plaintiff's Second Amended Complaint. *See* Docket No. 86. The deadline for responding to the motion was September 13, 2018 and Plaintiff has not filed an opposition. Accordingly, Plaintiff is hereby **ORDERED** to show cause why the case should not be dismissed for his failure to prosecute. In his response, Plaintiff must address the merits of Defendants' motion to dismiss. Plaintiff is forewarned that, if he does not file a response by October 18, 2018, his case shall be dismissed with prejudice.

The motion hearing scheduled for November 8, 2018 is hereby vacated.

**IT IS SO ORDERED**.

Dated: October 4, 2018

EDWARD M. CHEN
United States District Judge